MICHAEL ANGELO SAPP
% Ada County Jail
7210 Barrister Dr.
Boise, ID 83704

1/22/2016

U.S. COURTS

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

JAN 25 2016

Rcvd_____Filed_____Time_____
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

UNITED STATES,
          Plaintiff,

v.

MICHAEL ANGELO SAPP,
          Defendant pro se.

Case No. 15-cr-018-S-EJL

MOTION FOR DOWNWARD
DEPARTURE AT SENTENCING

NOW COMES Michael Angelo Sapp, defendant pro se ("SAPP") hereby moves the Honorable Court to apply a downward departure to the applicable U.S.S.G due to life-threatening medical issues.

Sapp has been diagnosed with the following medical conditions: (1) Lymphatic Cancer, (2) Cardio Pulmonary Disease (COPD) (3) Sleep Apnea (4), Hiatal Hernia (5) Bi-Polar (6) Anxiety (7) Restless Leg Syndrome and (8) High Blood Pressure. Sapp is very sickly and needs acute medical attention. In the case of a seriously infirm defendant, home detention may be as efficient as, and less costly than, imprisonment. U.S.S.G. §5.14. Downward Departure based on health pursuant to USSG. §5.14 not abuse of discretion where Judge reviewed 500 pages of medical records and where Judge concluded that "imprisonment posed a substantial risk to [defendant's] life," United States v. bee, 226 F.3d 885 (7th Cir. 2000). Downward departure possible for defendant convicted of distribution of drugs and mail fraud based on his medical condition where defendant was a 65-year-old man who suffered

from diabetes, hypertension, hypothyroidism, ulcers, potassium loss, and reactive depression, but specific findings required. United States v. Johnson, 71 F.3d 539, 545 (6th Cir. 1995) life-threatening cancer warranted downward departure United States v. Velasquez, 762 F.Supp 39, 40 (E.D.N.Y, 1991). SAPP prays that the Court reviews his medical records.

WHEREFORE SAPP respectfully moves the Court to apply a downward departure at sentencing pursuant to U.S.S.G. 5HH and/or order that SAPP be sentenced to Home Detention for his serious medical needs.

Respectfully Submitted,

X _Michael Sapp_                    Date: 1/22/2016
Michael Angelo Sapp Defendant pro se


CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was served upon Clerk of Court, U.S. District Court, J.A. McClure Federal Courthouse, 550 W. Fort St, Ste 400, Boise, ID 83724 via U.S. Mail Postage Prepaid on the ___ day of January 2016.

X _Michael Sapp_                    1/22/2016
Michael Angelo Sapp