UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL SAPP,<br><br>Defendant. | Case No. 1:15-cr-00018-BLW<br><br>**MEMORANDUM DECISION &<br>ORDER** |

## INTRODUCTION

Before the Court is Defendant Michael Sapp's pro se Motion for Sentence Reduction Pursuant to Amendment 782 of the U.S. Sentencing Guidelines (Dkt. 103). For the reasons explained below, the Court will deny the motion.

## DISCUSSION

In February 2016, defendant was sentenced to 300 months' incarceration on Count One of the Indictment and 120 months' incarceration on Count Three of the Indictment, to be served concurrently. Sapp now asks the Court to reduce his sentence based on Amendment 782 to the Sentencing Guidelines. Defendant already received the benefit of this amendment, however, as it became effective on November 1, 2014 – well before he was sentenced. *See* U.S. Sentencing Guidelines

Manual app. C, amend. 782 (U.S. Sentencing Comm'n 2014). The Pre-Sentence Investigation Report, Dkt. 58, clarifies that defendant was sentenced under the amended guidelines. *See PSR,* Dkt. 74, ¶ 16 (indicating that the November 1, 2015 guidelines were used to calculate the offense level). *See also Statement of Reasons,* Dkt. 79, at 2 (indicating that the Court adopted the PSR's calculation with one change not relevant here). Accordingly, because defendant is not entitled to a reduction, the Court will deny the motion.

**ORDER**

**IT IS ORDERED that** Defendant's Motion for Sentence Reduction Pursuant to Amendment 782 (Dkt. 103) is **DENIED.**

DATED: September 1, 2020

B. Lynn Winmill
U.S. District Court Judge